ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER J. ANDERSON<br><br>　　　　Defendant.<br>_____ | CASE #6:05-mj-00211-WMW<br><br><br><br>STIPULATION FOR<br>COMMUNITY SERVICE IN LIEU OF<br>RESTITUTION |

　　IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, Legal Officer for the United States Government and Defendant, CHRISTOPHER ANDERSON, and his Attorney of record, CARRIE LEONETTI, that the Defendant, CHRISTOPHER J. ANDERSON, be ordered to complete 8 hours of community service in lieu of restitution payments in the above-captioned matter, to be completed by October 11, 2006.

Dated: December 13, 2005　　　　By: /S/ Elizabeth Waldow
　　　　　　　　　　　　　　　　　　ELIZABETH WALDOW
　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　United States Government

Dated: December 13, 2005　　　　By: /S/ Carrie Leonetti
　　　　　　　　　　　　　　　　　　CARRIE LEONETTI
　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　Christopher J. Anderson
　　　　　　　　　　　　　　　　　　As authorized on 12/13/05

1
2                            * * * ORDER * * *
3       The Court, having reviewed the above request for community
4  service in lieu of restitution and Order Thereon, HEREBY ORDERS
5  AS FOLLOWS:
6       1.   The Defendant, CHRISTOPHER J. ANDERSON, will complete
7            8 hours of community service by October 11, 2006.
8
9  It is so ordered:

                            IT IS SO ORDERED.

                **Dated:  May 10, 2006        /s/ William M. Wunderlich**
                         bokUNITED STATES MAGISTRATE JUDGE